TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264

VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov
Tamer.Botros@usdoj.gov

*Attorneys for the Federal Respondents*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jose Alberto GONZALEZ HERNANDEZ; Alfonso Mario RIOS RIOS; Lidio LOPEZ LOPEZ,<br><br>      Petitioners,<br><br>      v.<br><br>Kristi NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; Pamela J. BONDI, in her official capacity as Attorney General of the United States; U.S. DEPARTMENT OF JUSTICE; Todd LYONS, in his official capacity as Acting Director and Senior Official Performing the Duties of the Director for U.S. Immigration and Customs Enforcement; Brian HENKEY, in his official capacity as Acting Field Office Director, Salt Lake City Field Office Director, U.S. Immigration & Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; John MATTOS, in his official capacity as Warden, Nevada Southern Detention Facility,<br><br>      Respondents. | Case No. 2:25-cv-02486-RFB-NJK<br><br>**Stipulated Briefing Schedule** |

Pursuant to this Court's Order, ECF No. 14, Petitioners and Federal Respondents, through undersigned counsel, hereby agree to the briefing schedule set forth below.

February 3, 2026:       Federal Respondents will file their opposition brief to the Petition.

February 17, 2026:       Petitioners will file their reply brief in support of the Petition.

Respectfully submitted this 13th day of January 2026.

| | |
|---|---|
| UNLV IMMIGRATION CLINIC<br>William S. Boyd School of Law | TODD BLANCHE<br>Deputy Attorney General of the United States<br>SIGAL CHATTAH<br>First Assistant United States Attorney |
| /s/  Alissa A. Cooley Yonesawa<br>ALISSA A. COOLEY YONESAWA<br>Managing Attorney | |
| | /s/ Tamer B. Botros<br>TAMER B. BOTROS<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorneys |
| Attorney for Petitioners | |
| | Attorneys for the Federal Respondents |

**IT IS SO ORDERED.**

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED:** January 15, 2026

2