**MELISSA CORRAL, ESQ.**
Nevada Bar No. 14182
**ALISSA A. COOLEY YONESAWA, ESQ.**
Nevada Bar No. 13467
**UNLV IMMIGRATION CLINIC**
Thomas & Mack Legal Clinic
William. S. Boyd School of Law
University of Nevada, Las Vegas
P.O. Box 71075
Las Vegas Nevada, 89170
Telephone: (702) 895-3000
Facsimile: (702) 895-2081
Email: melissa.corral@unlv.edu
Email: alissa.cooley@unlv.edu
*Counsel for Petitioners:*
*Jose Alberto Gonzalez Hernandez*
*Alfonso Mario Rios Rios*
*Lidio Lopez Lopez*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA (Las Vegas)**

| | |
|---|---|
| **JOSE ALBERTO GONZALEZ HERNANDEZ,** | |
| **ALFONSO MARIO RIOS RIOS,** | Case No.: 2:25-cv-02486-RFB-NJK |
| **LIDIO LOPEZ LOPEZ** | **STIPULATION AND ORDER TO DISMISS PROCEEDINGS** |
| *Petitioners,* | |
| v. | |
| **MARKWAYNE MULLIN, U.S. DEPARTMENT OF HOMELAND SECURITY, TODD BLANCHE, U.S. DEPARTMENT OF JUSTICE, TODD LYONS, JASON KNIGHT, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT…,** | |
| *Respondents.* | |

///

1

Petitioners, and Federal Respondents, by and through their undersigned counsel, hereby stipulate and jointly request that the Court dismiss these proceedings as the issues are now moot.  This stipulation is entered in good faith.

IT IS SO STIPULATED.

DATED this 20th day of May 2026.

Respectfully Submitted,

/s/ Melissa Corral
Melissa Corral, Esq.
Nevada Bar. No. 14182
**THOMAS & MACK LEGAL CLINIC**
**WILLIAM S. BOYD SCHOOL OFLAW**
University of Nevada, Las Vegas
P.O. Box 71075
Las Vegas, Nevada 89170
Telephone: 702-895-3000
Facsimlie: 702-895-2081

TODD BLANCHE
Acting Attorney General of the
United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/ Tamer B. Botros
TAMER B. BOTROS
VIRGINIA T. TOMOVA
Assistant United States Attorneys

**IT IS SO ORDERED**.

**DATED**: May 22, 2026.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**